UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CRIMINAL ACTION NO. 07-61-DLB**

**UNITED STATES OF AMERICA**                                     **PLAINTIFF**

**VS.**                                    <u>**ORDER**</u>

**DARIUS HARRIS**                                           **DEFENDANT**

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #17) wherein he recommends that Defendant's Motion to Suppress be denied, and no objections thereto having been filed by Defendant, with the time to do so having now expired; and the Court having reviewed the Report and Recommendation and concurring that the affidavit in support of the search warrant for 2823 Madison Avenue, Kenton County, Kentucky is supported by probable cause;

**IT IS ORDERED** that:

(1) The Report and Recommendation of the United States Magistrate Judge (Doc. #17) be, and hereby is, **ADOPTED** as the findings of fact and conclusions of law of the Court, and therefore that Defendant's Motion to Suppress (Doc. #11) be, and hereby is, **DENIED;**

(2) A **Status Conference** is hereby scheduled for August 22, 2008, at 10:30 a.m., at which time a trial date will be set; and,

(3) Consistent with the Court's previous order (*see* Doc. #13), the time period from June 5, 2008, through the date of the scheduling of a new trial date is deemed **excludable time** pursuant to 18 U.S.C. § 3161(h)(1)(F).

This 12th day of August, 2008.



Signed By:
*David L. Bunning*   DB
United States District Judge

G:\DATA\ORDERS\CovCrim\2007\07-61-Stat.Conf.Order.wpd